Same case below, 252 P.3d 221.

**No. 11-7004. Jesse Delgado, Petitioner v. Scott McEwen, Warden.**

565 U.S. 1120, 132 S. Ct. 1018, 181 L. Ed. 2d 752, 2012 U.S. LEXIS 356.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7007. Juan Carlos Chavez, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 1120, 132 S. Ct. 1018, 181 L. Ed. 2d 752, 2012 U.S. LEXIS 217.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 647 F.3d 1057.

**No. 11-7008. Deemario Bomone Magee, Petitioner v. California.**

565 U.S. 1121, 132 S. Ct. 1018, 181 L. Ed. 2d 752, 2012 U.S. LEXIS 183.

January 9, 2012. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

Same case below, 194 Cal. App. 4th 178, 123 Cal. Rptr. 3d 689.

**No. 11-7010. Kevin Ray Underwood, Petitioner v. Oklahoma.**

565 U.S. 1121, 132 S. Ct. 1019, 181 L. Ed. 2d 752, 2012 U.S. LEXIS 323.

January 9, 2012. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

**No. 11-7011. Raul Rodriguez, Petitioner v. Larry Scribner, Warden.**

565 U.S. 1121, 132 S. Ct. 1019, 181 L. Ed. 2d 752, 2012 U.S. LEXIS 201.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7016. William Cecil Thornton, Petitioner v. California.**

565 U.S. 1121, 132 S. Ct. 1019, 181 L. Ed. 2d 752, 2012 U.S. LEXIS 308.

January 9, 2012. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 11-7018. Willie J. Smith, Jr., Petitioner v. Dwight Neven, Warden, et al.**

565 U.S. 1121, 132 S. Ct. 1019, 181 L. Ed. 2d 752, 2012 U.S. LEXIS 140.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7021. Jeffrey Cromer, Petitioner v. McKither Bodison, Warden, et al.**

565 U.S. 1121, 132 S. Ct. 1020, 181 L. Ed. 2d 752, 2012 U.S. LEXIS 210,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.